**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-6189**

─────────

WILLIAM A. FISHER,

Plaintiff - Appellant,

versus

L. WHITE, Guard; BERLIN, Guard; HOLLOWOOD,
Guard; CARTY, Guard,

Defendants - Appellees,

and

MR. ANGALO, Surgeon,

Defendant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-99-199-3)

─────────

Submitted: June 15, 2000      Decided: June 22, 2000

─────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

William A. Fisher, Appellant Pro Se. Alexander Leonard Taylor, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Fisher appeals the dismissal without prejudice of his pro se 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. Fisher's complaint was dismissed for failure to comply with the district court's orders requiring that he comply with basic filing requirements. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Because Fisher may be able to save this action by particularizing his complaint in compliance with the district court's orders, the order which Fisher seeks to appeal is not an appealable final order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064 (1993). Accordingly, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2